# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Nico Aaron Lowers						Docket No. 5:22-CR-178-1M

### Petition for Action on Conditions of Pretrial Release
Hearing Requested

    COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Nico Aaron Lowers, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 22nd day of August, 2022.

    On March 24, 2023, The Court was notified that the defendant was released from volunteer work at his local church due to the defendant being around other volunteers of all ages, including minors, which was a violation of his conditions of release.  Although there were no allegations of inappropriate conduct, the defendant was verbally reprimanded, and he was instructed not to continue his volunteer work.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
The defendant is currently being supervised in the Eastern District of Virginia by Senior U.S. Probation Officer, Brett Riley.  According to Riley, contact was made with the defendant's employer to verify the defendant's compliance with his conditions of release.  Riley was notified that on March 4, 2024, the defendant was observed using an internet-capable device before his shift at the restaurant where he is currently employed.  His employer, Michael Shoebrook, sent a video of the defendant using an internet-capable device.  In observing the video, the identity of the person viewing the internet-capable device could not be verified.  Additionally, Mr. Shoebrook sent a photo of the actual internet-capable device.  On March 4, 2024, Riley confronted the defendant about the internet-capable device, and he admitted that he possessed the device and used the device to access YouTube.  The defendant apologized for the violation conduct and stated he wanted to feel normal after not being able to use the internet for the last two years. The defendant claims the device does not belong to him but rather to another employee.  The defendant is scheduled to appear for his arraignment on March 13, 2024, in Wilmington, North Carolina, before the Honorable Richard E. Myers II, Chief U.S. District Judge.  It is requested that a bond revocation hearing be held on the same date, before his scheduled arraignment, to determine if the defendant violated the condition of his release.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Senior U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2539
Executed On: March 5, 2024

Nico Aaron Lowers
Docket No. 5:22-CR-178-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered on March 5, 2024. It is further ordered that this document shall be filed and made a part of the records in the above case.

_/s/ Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge